VENABLE LLP
Douglas C. Emhoff (SBN 151049)
Tamany Vinson Bentz (SBN 258600)
Jennifer Levin (SBN 252420)
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
E-Mail:    demhoff@venable.com
E-Mail:    tjbentz@venable.com
E-Mail:    jlevin@venable.com

Attorneys for Defendant,
Wal-Mart Stores, Inc.

RECEIVED APR 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 11-cv-1919 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1**  ; ODRER<br><br>Complaint Filed: March 9, 2011<br>Old Response Date: April 27, 2011<br>New Response Date: June 30, 2011 |

WHEREAS the Complaint in the above-entitled action was filed on March 9, 2011 in the Superior Court of the State of California, County of San Francisco; and

WHEREAS Defendant Wal-Mart Stores, Inc. ("Wal-Mart") removed the action to this Court on April 20, 2011; and

WHEREAS Wal-Mart's response to the Complaint is currently due April 27, 2011; and

WHEREAS this action is related to several other putative statewide class actions filed in other California state and federal courts (the "Related Actions"),[1] all of which allege violations of the Song-Beverly Credit Card Act of 1971, Cal. Civ. Code § 1747.08, against Wal-Mart and all of which concern the alleged requesting and recording of customers' zip codes; and

WHEREAS all of the Related Actions involve substantially the same facts and questions of law; and

WHEREAS Wal-Mart's intent is to seek transfer and consolidation of as many of the Related Actions as possible to one federal district court; and

WHEREAS counsel for both parties have conferred regarding the potential transfer and consolidation of the Related Actions;

IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO LOCAL RULE 6-1, that Wal-Mart's deadline to answer, move or otherwise respond to the

---

[1] In addition to this matter, the Related Actions include: *Bauer v. Wal-Mart Stores, Inc.*, United States District Court for the Southern District of California, Case No. 11-CV-0770-IEG (CAB); *Grikavicius v. Wal-Mart Stores, Inc.*, United States District Court for the Central District of California, Case No. CV 11-02314 DMG (PJWx); *Landeros v. Wal-Mart Stores, Inc.*, United States District Court for the Central District of California, Case No. CV 11-01635 DMG (PJWx); and *Nelson v. Wal-Mart Stores, Inc.*, California Superior Court, San Francisco County, Case No. CGC-11-508950, which Wal-Mart intends to remove to federal court.

complaint or any amended complaint[2] in the above-captioned matter is extended until June 30, 2011, in order to afford the parties time to seek transfer and consolidation of Related Matters to one court.

Dated: April 22, 2011            VENABLE LLP

By: _____
Douglas C. Emhoff
Attorneys for Defendant
Wal-Mart Stores, Inc.

Dated: April 22, 2011            HARRISON PATTERSON & O'CONNOR LLP

By: _____
James R. Patterson
Attorneys for Plaintiff Kimberley Main

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

[2] Counsel for Plaintiff intends to amend the complaint in the next several business days to add another named plaintiff.

LA/302799                         STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, California.

On **April 22, 2011**, I served the foregoing document(s) **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1** on the interested parties in this action addressed as follows:

JAMES R. PATTERSON                               *Attorneys for Plaintiff and the Class*
MATTHEW J. O'CONNOR
HARRISON PATTERSON & O'CONNOR LLP
402 WEST BROADWAY, 29TH FLOOR
SAN DIEGO, CA 92101
Tel: (619) 756-6990
Fax: (619) 756-6991

☒ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐ **BY MAIL (FRCP 5(b)(2)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

☒ **BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **April 22, 2011**, at Los Angeles, California.

*Jan Contreras*
Jan Contreras