| | |
|---|---|
| 1 | JAMES R. PATTERSON (211102) |
| | MATTHEW J. O'CONNOR (203334) |
| 2 | PATTERSON LAW GROUP, APC |
| | 402 W. Broadway, 29th Floor |
| 3 | San Diego, CA 92101 |
| | Telephone:    (619) 398-4760 |
| 4 | Facsimile:     (619) 756-6991 |
| | jim@pattersonlawgroup.com |

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated, | Case No.  CV-11-1919 JSW |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER** |
| vs. | |
| WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

---

Notice of Substitution of Counsel                    1                    Case No.: CV 11-1919-JSW

TO THE COURT AND ALL PARTIES:

Please take notice that Plaintiff's lead counsel, James R. Patterson, is now associated with the law firm of Patterson Law Group, APC, and enters an appearance in this action on behalf of that firm. Plaintiff substitutes Patterson Law Group, APC in as counsel in place of Harrison, Patterson & O'Connor, LLP, which is no longer counsel of record for any plaintiff or the proposed class and should be removed from the Court's and the Parties' service lists.

We consent to this substitution and request that the Court approve same.

Dated: June 17, 2011        Plaintiff

                            By:  EYAD O. AKEL
                                 Plaintiff

Dated: June 17, 2011        PATTERSON LAW GROUP, APC

                            By:  /s/ James R. Patterson
                                 James R. Patterson
                                 Attorneys for Plaintiff

Dated: June 17, 2011        HARRISON, PATTERSON & O'CONNOR, LLP

                            By:  /s/ James R. Patterson
                                 James R. Patterson
                                 Former Attorneys for Plaintiff

IT IS SO ORDERED AND APPROVED.

Dated: ~~June~~ July 18, 2011

                            _____
                            UNITED STATES DISTRICT JUDGE

Notice of Substitution of Counsel                2