```
1  JAMES R. PATTERSON (211102)
   MATTHEW J. O'CONNOR (203334)
2  PATTERSON LAW GROUP, APC
   402 W. Broadway, 29th Floor
3  San Diego, CA 92101
   Telephone:    (619) 398-4760
4  Facsimile:    (619) 756-6991
   jim@pattersonlawgroup.com
5
   Attorneys for Plaintiff and the Class
6
7
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11 KIMBERLEY MAIN and              )  Case No. CV-11-1919 JSW
12 EYAD AKEL, individuals, on      )
   behalf of themselves and all others similarly )
13 situated,                       )  NOTICE OF SUBSTITUTION OF
                                   )  COUNSEL FOR PLAINTIFF AND
14                 Plaintiff,      )  [PROPOSED] ORDER
                                   )
15        vs.                      )
                                   )
16                                 )
   WAL-MART STORES, INC., a Delaware )
17 corporation; and DOES 1 through 50, inclusive, )
                                   )
18                 Defendants.     )
                                   )
19 _____  )
20
21 ///
22 ///
```

1     TO THE COURT AND ALL PARTIES:

2     Please take notice that Plaintiff's counsel, James R. Patterson and Matthew J. O'Connor are
3 now associated with the law firm of Patterson Law Group, APC, and enter their appearances in this
4 action on behalf of that firm. Plaintiff substitutes Patterson Law Group, APC in as counsel in place
5 of Harrison, Patterson & O'Connor, LLP, which is no longer counsel of record for any plaintiff or
6 the proposed class and should be removed from the Court's and the Parties' service lists.

7     We consent to this substitution and request that the Court approve same.

8 Dated: July 5, 2011     Plaintiff

9
10     By: /s/ Kimberly Main
    Kimberly Main
    Plaintiff

11
12 Dated: July 5TH, 2011     PATTERSON LAW GROUP, APC

13     By: /s/ Matthew J. O'Connor
14     Matthew J. O'Connor
    Attorneys for Plaintiff

15 Dated: July 5TH, 2011     HARRISON, PATTERSON & O'CONNOR, LLP

16
17     By: /s/ Matthew J. O'Connor
    Matthew J. O'Connor
    Former Attorneys for Plaintiff

18

19 IT IS SO ORDERED AND APPROVED.

20
21 Dated: July 18, 2011      /s/ Jeffrey S. White
    UNITED STATES DISTRICT JUDGE

22

Notice of Substitution of Counsel      2      Case No.: CV 11-1919-JSW