VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive<br><br>  Defendants. | CASE NO. 11-cv-1919 JSW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCES AND MOTIONS HEARING DATE** |

[PROPOSED] ORDER

LA: 317320/21188-302314

The Court, having read and considered the Stipulation To Continue Case Management Conferences, and good cause appearing therefore, IT IS HEREBY ORDERED that the case management conferences for the following cases are ~~continued from September 23, 2011 to October 21, 2011:~~ and the hearing on motions to dismiss November 4, 2011 at 9:00 a.m.

1. *Main, et al. v. Wal-Mart Stores, Inc.*, Case No. 3:11-cv-1919 JSW;

2. *Landeros v. Wal-Mart Stores, Inc.*, Case No. 3:11-cv 02659-JSW;

3. *Nelson v. Wal-Mart Stores, Inc.*, Case No. Case No. 3:11-cv-02001-JSW;

4. *Bauer v. Wal-Mart Stores, Inc.*, Case No. Case No. 3:11-cv-3233-JSW.

It is FURTHER ORDERED that the case management conference for *Grikavicius v. Wal-Mart Stores, Inc.*, Case No. Case No. 3:11-cv- 02893-JSW, is scheduled for ~~October 21, 2011 at 1:30 p.m.~~ and the hearing on the motions to dismiss shall be CONTINUED to November 4, 2011 at 9:00 a.m. Briefing schedule on motions remains the same. Parties shall file case management statement by October 28, 2011.

DATED: August 22, 2011

_____
Hon. Jeffery S. White

1
[PROPOSED] ORDER

LA: 317320/21188-302314