Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141

*Attorneys for Plaintiff Nelson and the Class*

Abraham J. Colman, State Bar No. 146933
acolman@reedsmith.com
Scott H. Jacobs, State Bar No. 81980
shjacobs@reedsmith.com
Brandon W. Corbridge, State Bar No. 244934
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

*Attorneys for Defendant*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY MAIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 11-01919 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND CONSOLIDATED COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |

| | | |
|---|---|---|
| 1 | ROBIN NELSON, an individual, on behalf of herself and all others similarly situated, | Case No. C 11-02001 JSW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | WAL-MART STORES, INC., and DOES 1 through 50, inclusive, | |
| 6 | Defendants. | |
| 7 | MARYLYNN GRIKAVICIUS, an individual, on behalf of herself and all others similarly situated, | Case No. C 11-02893 JSW |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | WAL-MART STORES, INC., and DOES 1 through 50, inclusive, | |
| 12 | Defendants. | |
| 13 | LOURDES R. LANDEROS, an individual, on behalf of herself and all others similarly situated, | Case No. C 11-02659 JSW |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | WAL-MART STORES, INC., and DOES 1 through 50, inclusive, | |
| 18 | Defendants. | |
| 19 | TINA BAUER, an individual, on behalf of herself and all others similarly situated, | Case No. C 11-03233 JSW |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | WAL-MART STORES, INC., and DOES 1 through 50, inclusive, | |
| 24 | Defendants. | |

26 / / /

27 / / /

28

1
**JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT**

Plaintiffs Kimberly Main, Robin Nelson, Marylynn Grikavicius, Lourdes R. Landeros, and Tina Bauer ("Plaintiffs") and defendant Wal-Mart Stores, Inc., by and through their respective counsel, jointly submit the following Stipulation regarding consolidation of the above-referenced actions for all purposes and the filing of Plaintiffs' consolidated complaint on or before December 9, 2011.

## RECITALS

WHEREAS, this Court has issued Orders relating each of the above-captioned cases (*Main v. Wal-Mart Stores, Inc.*, Case No. C 11-01919; ECF Doc. Nos. 14, 17, 28, 29);

WHEREAS, the parties agree that the above-referenced actions should be consolidated for all purposes because it will promote the interests of judicial economy and efficiency;

WHEREAS, the parties agree that Plaintiffs should file a consolidated complaint; and

WHEREAS, Plaintiffs agree that Stonebarger Law, APC, and Westrup Klick LLP, shall serve as Co-Lead Plaintiffs' Counsel once the above-referenced actions are consolidated.

## STIPULATION

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by the parties, through their respective counsel of record, that (1) the above-referenced actions shall be consolidated for all purposes, (2) Plaintiffs shall file a consolidated complaint on or before December 9, 2011, (3) Stonebarger Law, APC, and Westrup Klick LLP, shall serve as Co-Lead Plaintiffs' Counsel once the above-referenced actions are consolidated, whereby Co-Lead Plaintiffs' Counsel will be responsible for directing work to be performed by Plaintiffs' counsel on behalf of the putative class, for the preparation of any documents to be filed with the Court, and for communications with the Court and Defense Counsel, and (4) this stipulation shall not alter the time within which the parties shall make their initial disclosures or respond to discovery requests that were propounded prior to entry of the order made pursuant to this stipulation.

///

///

///

2
JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT

IT IS SO STIPULATED.

Dated: November 16, 2011            REED SMITH LLP

/s/Abraham J. Colman
Abraham J. Colman
Scott H. Jacobs
Brandon W. Corbridge

Attorneys for Defendant
WAL-MART STORES, INC.

Dated: November 16, 2011            PATTERSON LAW GROUP, APC

/s/James R. Patterson
James R. Patterson
Matthew J. O'Connor
402 West Broadway, 29th Floor
San Diego, CA 92101

Attorneys for Plaintiff Kimberly Main

Dated: November 16, 2011            STONEBARGER LAW, APC

/s/Gene J. Stonebarger
Gene J. Stonebarger
Richard D. Lambert
75 Iron Point Circle, Suite 145
Folsom, CA 95630

Attorneys for Plaintiff Robin Nelson

/ / /

/ / /

3
JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT

Dated: November 16, 2011      WESTRUP KLICK LLP

/s/Mark L. VanBuskirk
Mark L. VanBuskirk
R. Duane Westrup
444 W. Ocean Blvd., Suite 1614
Long Beach, CA 90802-4524

Attorneys for Plaintiff Grikavicius

Dated: November 16, 2011      HOFFMAN & LAZEAR

/s/Chad A. Saunders
Chad A. Saunders
180 Grand Avenue, Suite 1550
Oakland, CA 94612

Attorney for Plaintiff Lourdes R. Landeros

Dated: November 16, 2011      MORRIS and ASSOCIATES

/s/Stephen B. Morris
Stephen B. Morris
444 West C Street, Suite 300
San Diego, CA 92101

Attorney for Plaintiff Tina Bauer

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTION AND CONSOLIDATED COMPLAINT

[PROPOSED] ORDER

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that: (1) the above-referenced actions shall be consolidated for all purposes, as case no. 11-01919 JSW (2) Plaintiffs shall file a consolidated complaint on or before December 9, 2011, (3) Stonebarger Law, APC, and Westrup Klick LLP, shall serve as Co-Lead Plaintiffs' Counsel in the above-referenced consolidated actions, and shall be responsible for directing work to be performed by Plaintiffs' counsel on behalf of the putative class, for the preparation of any documents to be filed with the Court, and for communications with the Court and Defense Counsel, and (4) this stipulation shall not alter the time within which the parties shall make their initial disclosures or respond to discovery requests that were propounded prior to entry of this order.

IT IS SO ORDERED.

Dated:   November 28, 2011

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE