IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES R. LANDEROS,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

No. C 11-02659 JSW

**ORDER RE DISCOVERY DISPUTE**

The Court, having received the parties letter dated March 8, 2012, regarding Plaintiff's failure to provide interrogatory responses, HEREBY ORDERS that such answers shall be filed by no later than March 23, 2012. Should Plaintiff fail to comply with the Court's order and provide substantive answers to the interrogatories by that date, the Court shall issue an order to show why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 8, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE