Scott Jacobs, SBN 81980
Brandon Corbridge, SBN 244934
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
WAL-MART STORES, INC.

Gene J. Stonebarger, SBN 209461
Richard D. Lambert, SBN 251148
STONEBARGER LAW, P.C.
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Telephone:    916.235.7140
Facsimile:    916.235.7141

Co-Lead Plaintiffs' Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 3:11-cv-01919-JSW<br><br>**Consolidated Cases:**<br><br>Landeros, Case No. 11-CV-2659-JSW<br>Nelson, Case No. 11-CV-2001-JSW<br>Grikavicius, Case No. 11-CV-2893-JSW<br><br>**Related Case:**<br><br>Heon, Case No. 12-CV-1681 JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO SET DATES FOR MOTION FOR PRELIMINARY APPROVAL AND TO VACATE CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE DATES, [PROPOSED] ORDER AS MODIFIED**<br><br>Hon. Jeffrey S. White |

NOTICE OF SETTLEMENT AND STIPULATION TO SET PRELIMINARY APPROVAL HEARING AND
VACATE CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE DATES; [PROPOSED] ORDER

Pursuant to Local Rule 7-12, Kimberley Main, Robin Nelson, Marylynn Grikavicius, and Lourdes Landeros, plaintiffs in this Consolidated Action, and Tiffany Heon, plaintiff in the Related Action, Case No. 12-cv-01681-JSW, (collectively, "Plaintiffs") and defendant Wal-Mart Stores, Inc. ("Defendant") respectfully submit this Notice of Settlement and Stipulation to Set Dates for Motion for Preliminary Approval and Vacate Class Certification and Case Management Conference Dates. By and through their undersigned counsel, Plaintiffs and Defendant state as follows:

**WHEREAS**, on April 16, 2012, the Plaintiffs and Defendant participated in a mediation before the Hon. Edward A. Infante (Ret.) at the JAMS Judicial Arbitration, Mediation, and ADR Services offices located in San Francisco, California, at which the parties reached an agreement in principle on the material terms of a possible settlement, which would be subject to review and final approval by Defendant's management;

**WHEREAS**, in order to obtain approval by Defendant's management, certain settlement terms were subject to further negotiations and modification;

**WHEREAS**, Plaintiffs and Defendant have reached a final agreement on the terms of the settlement, such terms have been approved by Defendant's management, and the parties have agreed to settle this Consolidated Action and the Related Action;

**WHEREAS**, the parties are currently engaged in the process of preparing a formal settlement agreement, notice documents, and a claim form, which the parties anticipate will be finalized and executed within the next 30 days;

**WHEREAS**, on May 24, 2012, the Court entered an order in this Consolidated Action continuing the hearing on the Motion for Class Certification and Further Status Conference to October 26, 2012;

**WHEREAS**, on July 30, 2012, the Court entered an order in the Related Action setting a Case Management Conference on October 26, 2012;

**WHEREAS**, in light of Plaintiffs' and Defendant's agreement to settle the Consolidate Action and Related Action, the parties request that the Court vacate the hearing on the Motion for Class Certification and Further Status Conference in the Consolidated Action and vacate the Case Management Conference in the Related Action, each currently set for October 26, 2012.

**NOW, THEREFORE**, Plaintiffs and Defendant hereby stipulate and jointly request that

1. Plaintiffs' unopposed Motion for Preliminary Approval of the Settlement shall be filed on shortened time, on or before October 12, 2012;

2. A hearing on the Motion for Preliminary Approval of the Settlement shall be set for October 26, 2012 at 9:00 a.m.; and

3. The hearing date for the Motion for Class Certification and Further Status Conference in the Consolidated Action the Case Management Conference in the Related Action shall be vacated.

**IT IS SO STIPULATED**

DATED: September 12, 2012         REED SMITH LLP

                                  By: */s/ Scott H. Jacobs*
                                      Scott H. Jacobs
                                      Brandon W. Corbridge
                                      Attorneys for Defendant
                                      WAL-MART STORES, INC.

DATED: September 12, 2012         STONEBARGER LAW, P.C.

                                  By: */s/ Gene J. Stonebarger*
                                      Gene J. Stonebarger
                                      Co-Lead Counsel for Plaintiffs in the Consolidated Action

DATED: September 12, 2012         MORRIS AND ASSOCIATES

                                  By: */s/ Stephen B. Morris*
                                      Stephen B. Morris
                                      Attorney for Plaintiff Tiffany Heon in the Related Action

# [~~PROPOSED~~] ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED** that:

1. Plaintiffs' unopposed Motion for Preliminary Approval of the Settlement shall be ~~filed on shortened time~~, on or before October 12, 2012;

2. A hearing on the Motion for Preliminary Approval of the Settlement is set for November 16, 2012 ~~October 26, 2012~~ at 9:00 a.m.;

3. The hearing on the Motion for Class Certification is vacated;

4. The Further Status Conference is vacated; and

5. The Case Management Conference in the Related Action, Case No. 12-cv-01681-JSW, is vacated.

Dated: September 13, 2012     By: /s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware