Scott Jacobs, SBN 81980
Brandon Corbridge, SBN 244934
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
WAL-MART STORES, INC.


Gene J. Stonebarger, SBN 209461
Richard D. Lambert, SBN 251148
STONEBARGER LAW, P.C.
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Telephone:    916.235.7140
Facsimile:    916.235.7141

Co-Lead Plaintiffs' Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 3:11-cv-01919-JSW<br><br>**Consolidated Cases:**<br><br>Landeros, Case No. 11-CV-2659-JSW<br>Nelson, Case No. 11-CV-2001-JSW<br>Grikavicius, Case No. 11-CV-2893-JSW<br><br>**Related Case:**<br><br>Heon, Case No. 12-CV-1681 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** AS MODIFIED<br><br>Hon. Jeffrey S. White |

## STIPULATION

Plaintiffs Kimberley Main, Robin Nelson, Marylynn Grikavicius, Lourdes R. Landeros and Tiffany Heon ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart" or "Defendant") (collectively, the "Parties") hereby enter into this stipulation to continue the deadline for Plaintiffs to file an unopposed motion for preliminary approval of class action settlement ("Motion" or "Motion for Preliminary Approval"). Specifically, the Parties stipulate to continue the deadline for Plaintiffs to file their Motion from October 26, 2012 to November 2, 2012, with the hearing on the Motion to remain, as scheduled, for December 7, 2012, subject to Court approval.

## RECITALS

**WHEREAS**, on April 16, 2012, the Parties participated in a mediation before the Hon. Edward A. Infante (Ret.) at the JAMS Judicial Arbitration, Mediation, and ADR Services offices located in San Francisco, California, at which the Parties reached an agreement in principle on the material terms of a possible settlement, which would be subject to review and final approval by Defendant's management;

**WHEREAS**, the Parties reached a final agreement on the terms of the settlement and agreed to settle this Action;

**WHEREAS**, the Parties have been engaged in the process of preparing a formal settlement agreement, notice documents, and a claim form, which the Parties anticipate will be finalized and executed within the next 7 days;

**WHEREAS**, on September 13, 2012, the Court scheduled the hearing on Plaintiffs' Motion for November 16, 2012 at 9:00 a.m. and ordered that the Motion be filed on or before October 12, 2012;

**WHEREAS**, on October 10, 2012, the Parties filed a stipulation to shorten the time for Plaintiffs to file their Motion from 35 days to 21 days before the hearing, such that the Motion would be filed by October 26, 2012, for hearing on November 16, 2012, subject to Court approval;

**WHEREAS**, on October 12, 2012, the Court entered an order continuing the deadline for Plaintiffs to file their Motion to October 26, 2012 and scheduling the hearing on the Motion for December 7, 2012;

No.: 3:11-cv-01919-JSW — - 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

**WHEREAS,** since the Court's October 12, 2012 order, the Parties have resolved a number of open issues regarding the terms of the settlement, however, because one final issue requires approval by Defendant's management, the Parties request a one-week extension for Plaintiffs to prepare and file the Motion.

**NOW, THEREFORE,** Plaintiffs and Defendant hereby stipulate and jointly request that the Court continue the deadline for Plaintiffs to file their Motion from October 26, 2012 to November 2, 2012 with the hearing on the Motion to remain, as scheduled, for December 7, 2012, or some later date convenient to the Court.

**IT IS SO STIPULATED**

DATED: October 26, 2012    REED SMITH LLP


By: */s/ Scott H. Jacobs*
    Scott H. Jacobs
    Brandon W. Corbridge
    Attorneys for Defendant
    WAL-MART STORES, INC.

DATED: October 26, 2012    STONEBARGER LAW, P.C.


By: */s/ Gene J. Stonebarger*
    Gene J. Stonebarger
    Richard D. Lambert
    Co-Lead Plaintiffs' Counsel

No.: 3:11-cv-01919-JSW     - 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

# [PROPOSED] ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED** that:

1. The deadline for Plaintiffs to file their unopposed Motion for Preliminary Approval of Class Action Settlement is continued to November 2, 2012.

2. The hearing on Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement ~~shall remain on calendar for December 7, 2012~~ shall be heard on January 25, 2013 at 9:00 a.m.

Dated: October 26, 2012

By: *Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

No.: 3:11-cv-01919-JSW — - 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT