Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Mark L. VanBuskirk, State Bar No. 190419
mvanbuskirk@wkalaw.com
R. Duane Westrup, State Bar No. 58610
moats@westrupklick.com
WESTRUP KLICK LLP
444 W. Ocean Blvd., Suite 1614
Long Beach, CA 90802

*Interim Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLEY MAIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1 through 50 inclusive<br><br>Defendants. | Consolidated Case No. C 11-01919 JSW<br><br>Consolidated with:<br>Case No. C 11-02001 JSW<br>Case No. C 11-02893 JSW<br>Case No. C 11-02659 JSW<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Class Action Settlement Agreement; Declaration of Gene J. Stonebarger; and Proposed Order]<br><br>Date:   January 25, 2013<br>Time:   9:00 a.m.<br>Ctrm.:   11, 19th Floor<br>Judge:   Hon. Jeffrey S. White |

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on January 25, 2013, at 9:00 a.m., or as soon thereafter as counsel can be heard in Courtroom 11 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs Kimberley Main, Robin Nelson, Marylynn Grikavicius, Lourdes R. Landeros and Tiffany Heon will and hereby do move for an Order Preliminarily Approving the Class Action Settlement in this matter pursuant to Federal Rule of Civil Procedure 23, including each of the following:

(1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

(2) provisionally certifying the Class under Fed. R. Civ. P. 23 for settlement purposes only;

(3) preliminarily approving the form, manner, and content of the Class Notices and Claim Form;

(4) appointing Plaintiffs Robin Nelson and Tiffany Heon as the Class representatives;

(5) appointing the law firms of Stonebarger Law, APC, Westrup Klick LLP, Hoffman & Lazear, Patterson Law Group, APC, and Morris and Associates as counsel for the Class; and

(6) setting the date and time of the Fairness Hearing.

This motion for preliminary approval of a class action settlement is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting Declaration of Gene J. Stonebarger, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | Dated: November 9, 2012 | Respectfully Submitted, |
| 2 | | STONEBARGER LAW, APC |
| 3 | | WESTRUP KLICK LLP |

By: /s/ Gene J. Stonebarger
　　Gene J. Stonebarger
　　*Interim Co-Lead Counsel for Plaintiffs*

　　James R. Patterson (211102)
　　jim@pattersonlawgroup.com
　　PATTERSON LAW GROUP, APC
　　402 West Broadway, 29th Floor
　　San Diego, CA 92101

　　*Attorneys for Plaintiff Kimberly Main*

　　Chad A. Saunders (257810)
　　cas@hoffmanandlazear.com
　　HOFFMAN & LAZEAR
　　180 Grand Avenue, Suite 1550
　　Oakland, CA 94612

　　*Attorneys for Plaintiff Lourdes R. Landeros*

　　Stephen Morris (126192)
　　morris@sandiegolegal.com
　　MORRIS & ASSOCIATES
　　444 West C Street, Suite 300
　　San Diego, CA 92101

　　*Attorneys for Plaintiff Tiffany Heon*