Scott Jacobs, SBN 81980
Brandon Corbridge, SBN 244934
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
WAL-MART STORES, INC.


Gene J. Stonebarger, SBN 209461
Richard D. Lambert, SBN 251148
STONEBARGER LAW, P.C.
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Telephone:    916.235.7140
Facsimile:    916.235.7141

Co-Lead Plaintiffs' Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY MAIN and EYAD AKEL, individuals, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | No.: 3:11-cv-01919-JSW<br><br>**Consolidated Cases:**<br><br>Landeros, Case No. 11-CV-2659-JSW<br>Nelson, Case No. 11-CV-2001-JSW<br>Grikavicius, Case No. 11-CV-2893-JSW<br><br>**Related Case:**<br><br>Heon, Case No. 12-CV-1681 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND PRELIMINARY APPROVAL ORDER TO EXTEND DEADLINE FOR CLASS MEMBERS TO SUBMIT REQUESTS FOR EXCLUSION, OBJECTIONS OR CLAIM FORMS**<br><br>Hon. Jeffrey S. White |

## STIPULATION

Plaintiffs Kimberley Main, Robin Nelson, Marylynn Grikavicius, Lourdes R. Landeros and Tiffany Heon ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart" or "Defendant") (collectively, the "Parties") hereby enter into this stipulation to amend the Order Granting Preliminary Approval of Class Settlement and Provisional Class Certification entered by the Court on January 22, 2013 (the "Preliminary Approval Order"). Specifically, the Parties stipulate to amend the Preliminary Approval Order to extend the deadline for settlement class members to submit requests for exclusion, objections or claim forms from April 22, 2013 to April 29, 2013, subject to Court approval, based on the following premises:

## RECITALS

**WHEREAS**, on November 9, 2012, the Parties entered into a Class Action Settlement Agreement and Release (the "Agreement");

**WHEREAS**, paragraph 3.2 of the Agreement specifies the methods for providing notice of the class action settlement as follows:

    (a)    *In Store Notice*. Within forty-five (45) days after entry of the Preliminary Approval Order, Wal-Mart will post a tear-away written notice, which will include instructions on how to access the detailed notice and claim form that will be available via the Settlement Website and via mail upon request. The written notice shall be posted at the customer service desk of each Wal-Mart store located in California for forty-five (45) consecutive days.

    (b)    *Notice by Publication*. A written notice shall be published in the Los Angeles and San Francisco regional print markets of USA Today one (1) time per week for at least three (3) weeks during the forty-five (45) day period following entry of the Preliminary Approval Order.

    (c)    *Settlement Website*. Starting no later than three (3) business days after entry of the Preliminary Approval Order, the settlement administrator shall establish an Internet-based website and post a detailed notice and the claim form thereon.

**WHEREAS**, on January 22, 2013, the Court entered the Preliminary Approval Order;

**WHEREAS**, the Preliminary Approval Order sets the following deadlines:

    (a)    Wal-Mart shall provide Notice to the Settlement Class within forty-five (45)

days of the date of entry of this Order (*i.e.*, March 8, 2013).

    (b) Settlement class members shall submit requests for exclusion, objections, or claim forms, if they so elect, within ninety (90) days of the date of entry of this Order (*i.e.*, forty five (45) days after completion of Notice or April 22, 2013).

  **WHEREAS**, on January 25, 2013, the settlement administrator established the Settlement Website as specified in paragraph 3.2 of the Agreement;

  **WHEREAS**, beginning on the week of February 11, 2013, Wal-Mart had written notice of the settlement published one (1) time per week for three (3) consecutive weeks in the Los Angeles and San Francisco regional print markets of USA Today as specified in paragraph 3.2;

  **WHEREAS**, despite Wal-Mart's best efforts, Wal-Mart did not complete posting tear-away written notices at the customer service desk of every Wal-Mart store located in California until March 14, 2013 (six (6) days beyond the March 8, 2013 deadline);

  **WHEREAS**, Plaintiffs and Defendant agree that, in order to provide class members with the full forty-five (45) days after completion of Notice to submit requests for exclusion, objections, or claim forms, the deadline for class members to submit requests for exclusion, objections, or claim forms should be extended by an equivalent six (6) days and class members should be given notice of said extension;

  **NOW, THEREFORE**, Plaintiffs and Defendant hereby stipulate and jointly request that the Court amend the Preliminary Approval Order as follows:

  (a) The deadline for settlement class members to submit requests for exclusion, objections, or claim forms, if they so elect, shall be extended from April 22, 2013 to April 29, 2013;

  (b) Wal-Mart, through the settlement administrator, shall post an alert on the Settlement Website advising settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013;

  (c) Wal-Mart, through the settlement administrator, shall include an insert with every detailed settlement notice and claim form sent to putative settlement class members alerting putative settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013; and

(d)     Wal-Mart, through the settlement administrator, shall send a notice to all putative settlement class members that have already received the detailed settlement notice and claim form by mail alerting such putative settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013.

**IT IS SO STIPULATED**

DATED:  April 3, 2013                REED SMITH LLP

By: */s/ Scott H. Jacobs*
    Scott H. Jacobs
    Brandon W. Corbridge
    Attorneys for Defendant
    WAL-MART STORES, INC.

DATED: April 3, 2013                 STONEBARGER LAW, P.C.

By: */s/ Gene J. Stonebarger*
    Gene J. Stonebarger
    Richard D. Lambert
    Co-Lead Plaintiffs' Counsel

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED** that:

1. The deadline for settlement class members to submit requests for exclusion, objections, or claim forms, if they so elect, shall be extended from April 22, 2013 to April 29, 2013;

2. Wal-Mart, through the settlement administrator, shall post an alert on the Settlement Website advising settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013;

3. Wal-Mart, through the settlement administrator, shall include an insert with every detailed settlement notice and claim form sent to putative settlement class members alerting putative settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013; and

4. Wal-Mart, through the settlement administrator, shall send a notice to all putative settlement class members that have already received the detailed settlement notice and claim form by mail alerting such putative settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013.

Dated: April 8, 2013       By: _/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge