Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Mark L. VanBuskirk, State Bar No. 190419
mvanbuskirk@wkalaw.com
R. Duane Westrup, State Bar No. 58610
moats@westrupklick.com
WESTRUP KLICK LLP
444 W. Ocean Blvd., Suite 1614
Long Beach, CA 90802

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLEY MAIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1 through 50 inclusive<br><br>Defendants. | Consolidated Case No. C 11-01919 JSW<br><br>Consolidated with:<br>Case No. C 11-02001 JSW<br>Case No. C 11-02893 JSW<br>Case No. C 11-02659 JSW<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date:   May 24, 2013<br>Time:  9:00 a.m.<br>Ctrm.: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

**TO THE HONORABLE JEFFREY S. WHITE, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on May 24, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 11 of the above-entitled Court, located at 450 Golden Gate Avenue, Courtroom 11, 19th Floor, San Francisco, California, 94102, Plaintiffs will, and hereby do, move the Court for an Award of Attorneys' Fees, Costs and Incentive Awards in this matter.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

On January 22, 2013, this Court granted preliminary approval of the Class Action Settlement in this matter, and ordered Defendant Wal-Mart Stores, Inc. to provide notice to the Class of the pendency of the action and the pendency of the preliminarily approved settlement. Also, in the Preliminary Approval Order, the Court ordered Class Counsel to file a Motion for an Award of Attorneys' Fees, Costs and Incentive Awards within seventy-five (75) days after the Court grants preliminary approval of the class action settlement. This Motion is timely filed to allow Class members an opportunity to review this Motion in advance of the deadline. The Class Members have already had ample time to review the proposed settlement, which disclosed the amount of fees sought by Class Counsel and the incentive awards sought by the Class Representatives, and file any objections to the approved settlement. *To date, not a single class member has objected to the preliminarily approved settlement.*

Accordingly, without any objections to the settlement to date by the Settlement Class received to date and without opposition by Defendant, Plaintiffs submit this Unopposed Motion for an Award of Attorneys' Fees, Costs, and Incentive Awards on the grounds that the fees are reasonable, are the product of an arms-length settlement negotiation, and have been agreed to by Defendant.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April 8, 2013 | Respectfully Submitted, |
| 2 | | STONEBARGER LAW, APC |
| 3 | | WESTRUP KLICK LLP |

By: /s/ Gene J. Stonebarger
    Gene J. Stonebarger
    *Interim Co-Lead Counsel for Plaintiffs*

James R. Patterson (211102)
jim@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, CA 92101

*Attorneys for Plaintiff Kimberley Main*

Chad A. Saunders (257810)
cas@hlsblaw.com
HOFFMAN LIBENSON SAUNDERS & BARBA
180 Grand Avenue, Suite 1550
Oakland, CA 94612

*Attorneys for Plaintiff Lourdes R. Landeros*

Stephen Morris (126192)
morris@sandiegolegal.com
MORRIS & ASSOCIATES
444 West C Street, Suite 300
San Diego, CA 92101

*Attorneys for Plaintiff Tiffany Heon*

NOTICE OF MOTION AND UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS