Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Mark L. VanBuskirk, State Bar No. 190419
mvanbuskirk@wkalaw.com
R. Duane Westrup, State Bar No. 58610
moats@westrupklick.com
WESTRUP KLICK LLP
444 W. Ocean Blvd., Suite 1614
Long Beach, CA 90802
Telephone (562) 432-2551
Facsimile (562) 435-4856

*Interim Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLEY MAIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1 through 50 inclusive<br><br>Defendants. | Consolidated Case No. C 11-01919 JSW<br><br>Consolidated with:<br>Case No. C 11-02001 JSW<br>Case No. C 11-02893 JSW<br>Case No. C 11-02659 JSW<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   May 24, 2013<br>Time:   9:00 a.m.<br>Ctrm.:  11, 19th Floor<br>Judge:  Hon. Jeffrey S. White |

NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

1  **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

2  **PLEASE TAKE NOTICE** that on May 24, 2013, at 9:00 a.m., or as soon thereafter as

3  counsel can be heard in Courtroom 450 Golden Gate Avenue, Courtroom 11, 19th Floor, San

4  Francisco, CA  94102, Plaintiffs will and hereby do move the Court for an Order for Final

5  Approval of the Class Action Settlement in this matter.

6  This motion is based on this notice of motion and motion, the accompanying

7  memorandum of points and authorities, the supporting declarations and exhibits submitted

8  herewith, the records and files in this action, and upon such further and additional papers and

9  argument as may be presented herein.

10  On January 22, 2013, this Court granted preliminary approval of the Class Action

11  Settlement in this matter, and ordered Defendant Wal-Mart Stores, Inc. ("Defendant") to provide

12  Notice to the Class of the pendency of the action and the pendency of the preliminarily approved

13  settlement.  Also, in the Preliminary Approval Order, the Court stated that Class Counsel shall

14  submit a Motion for Final Approval of the Proposed Class Settlement on or before May 17,

15  2013.  The Class members had ample time to review the proposed settlement and file any

16  objections to the approved settlement.  *No objection has been filed.*

17  Accordingly, Plaintiff hereby submits this Motion for Final Approval of Class Action

18  Settlement on the grounds that the settlement is a fair, reasonable and adequate resolution of the

19  Class claims against Defendant.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

**1**
NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: May 17, 2013 | Respectfully Submitted, |
| 2 | | STONEBARGER LAW, APC |
| 3 | | WESTRUP KLICK LLP |
| 5 | | By: /s/ Gene J. Stonebarger |
| 6 | | Gene J. Stonebarger<br>*Interim Co-Lead Counsel for Plaintiffs* |
| 7 | | James R. Patterson (211102)<br>jim@pattersonlawgroup.com |
| 8 | | PATTERSON LAW GROUP, APC<br>402 West Broadway, 29th Floor |
| 9 | | San Diego, CA 92101 |
| 10 | | *Attorneys for Plaintiff Kimberley Main* |
| 12 | | Chad A. Saunders (257810)<br>cas@hlsblaw.com |
| 13 | | HOFFMAN LIBENSON SAUNDERS &<br>BARBA |
| 14 | | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| 15 | | *Attorneys for Plaintiff Lourdes R. Landeros* |
| 16 | | Stephen Morris (126192)<br>morris@sandiegolegal.com |
| 17 | | MORRIS & ASSOCIATES<br>444 West C Street, Suite 300 |
| 18 | | San Diego, CA 92101 |
| 19 | | *Attorneys for Plaintiff Tiffany Heon* |

(Left margin: STONEBARGER LAW, A Professional Corporation)