EXHIBIT A



 DONATE ⇒

| About Us | Consumer Issues | Consumer Complaints | Press Room | Resources | Get involved |

Sign up for Alerts



email

zip        **Go!**



**Tell lawmakers:
Reject bill to
weaken
California's "Made
in USA" label**

ACTION ALERT!

**About Us**
Privacy
Contact
Employment
Internships

Home » ABOUT » About Us

## About Us

### Consumer Federation of California

*Main office:*

1107 9th Street, Suite 625
Sacramento, CA 95814
Phone: (916) 498-9608
email: mail@consumercal.org

*Regulatory Affairs office:*

433 Natomas Street, Suite 200
San Francisco, CA 94105

### Fighting for Consumers' Rights

The Consumer Federation of California is a non-profit advocacy organization. Since 1960, we have been a powerful voice for consumer rights. We campaign for state and federal laws that place consumer protection ahead of corporate profit. Each year, we testify before the California legislature on dozens of bills that affect millions of our state's consumers. We also appear before state agencies in support of consumer regulations.

CFC legislative issues have included: protecting consumer financial privacy, reforming accounting industry practices, enabling patients to sue HMOs for denial of care, holding homebuilders accountable for construction defects, prohibiting manufacturers from keeping secret vital safety information about defective products, enacting cell phone users rights, and strengthening food safety laws.

### Our Members Run the CFC

Every two years, CFC members choose delegates to a governing convention, which adopts policies and elects Officers and a Policy Board. Between conventions, the Policy Board, under the leadership of our President, governs the CFC. Day to day operation is under the direction of an Executive Director, appointed by the Policy Board.

### CFC Education Foundation

We sponsor the Consumer Federation of California Education Foundation,

a tax-exempt educational organization under Section 501(C)(3) of the IRS code. An autonomous Board of Directors governs the CFC Education Foundation.

### CFC Officers

James Gordon, Jr., President, jgordon@consumercal.org
Patricia Garcia, Vice President
Rosemary Shahan, Vice President
Malinda Markowitz, Vice President
Nancy Peverini, Treasurer
Lucinda Sikes, Secretary

### Our Staff

- Richard Holober, Executive Director, (916) 498-9608 holober@consumercal.org
- Ignacio Hernandez, Legislative Advocate, Hernandez Strategy Group, (916) 447-9719 ignacio@hernandezstrategy.com
- Nicole Johnson, Regulatory Attorney, San Francisco office, (415) 597-5707 njohnson@consumercal.org
- Donald P. Hilla, Senior Attorney, San Francisco office, (415) 597-5700 dhilla@consumercal.org
- Megan Varvais, Assistant to the Executive Director, Sacramento, (916) 498-9608 megan@consumercal.org
- Matt Traverso, Legislative Analyst, Sacramento office,

(916) 498-9623  matt@consumercal.org
- Beth Harrison, Communications Director, Sacramento office,
  (916) 498-9616 bharrison@consumercal.org

## Return Policy

Consumer Federation of California is a non-profit organization. Donations
are not tax deductible. We do not have a return policy for donations to CFC.

SHARE

RSS   |   Contact Info   |   Privacy Policy   |   Sitemap   |   CFC Education Foundation