Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Mark L. VanBuskirk, State Bar No. 190419
mvanbuskirk@wkalaw.com
R. Duane Westrup, State Bar No. 58610
moats@westrupklick.com
WESTRUP KLICK LLP
444 W. Ocean Blvd., Suite 1614
Long Beach, CA 90802
Telephone (562) 432-2551
Facsimile (562) 435-4856

*Interim Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLEY MAIN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1 through 50 inclusive<br><br>Defendants. | Consolidated Case No. C 11-01919 JSW<br><br>Consolidated with:<br>Case No. C 11-02001 JSW<br>Case No. C 11-02893 JSW<br>Case No. C 11-02659 JSW<br><br>**DECLARATION OF CHARLENE YOUNG IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   May 24, 2013<br>Time:   9:00 a.m.<br>Ctrm.:  11, 19th Floor<br>Judge:  Hon. Jeffrey S. White |

## DECLARATION OF CHARLENE YOUNG

I, Charlene Young, hereby declare as follows:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"), the Settlement Administrator under the Settlement Agreement in this action. I was chiefly responsible for managing the administration of the settlement on behalf of Rust, including establishing a settlement website, arranging for notice by publication, preparing the tear-away notice pads, and compiling and reviewing claim forms and requests for exclusion submitted by putative settlement class members, as required by the Settlement Agreement and Preliminary Approval Order. I have personal knowledge of the matters set forth in this declaration and if called to testify, I could and would testify competently to such matters.

2. In accordance with Section 3.2(c) of the Settlement Agreement and Paragraphs 5 and 15.a. of the Preliminary Approval Order, on January 25, 2013, Rust established a settlement website at the URL www.WalMartClassActionSettlement.com, which contains information relating to the settlement, including the Detailed Notice, Claim Form, and Preliminary Approval Order.

3. The settlement website has and will remain continuously live through the Effective Date as provided in the Settlement Agreement.

4. In accordance with Section 3.2(b) of the Settlement Agreement and Paragraphs 5 and 15.a. of the Preliminary Approval Order, beginning on February 14, 2013, and once a week thereafter for two more consecutive weeks, Rust arranged to have a written notice, substantially similar to the Short-Form Notice attached as Exhibit B to the Settlement Agreement, published in the Los Angeles and San Francisco regional print markets of USA Today. A true and correct copy of the publication notice is attached hereto as Exhibit 1.

5. In accordance with Section 3.2(a) of the Settlement Agreement and Paragraphs 5 and 15.a. of the Preliminary Approval Order, Rust arranged for the printing of tear-away notices, substantially similar to the Short-Form Notice attached as Exhibit B to the Settlement Agreement. The tear-away notices were printed in pads of 300 and sent to Anderson Merchandising

to be distributed to and displayed at the customer service desk of every Wal-Mart store located in California. A true and correct copy of the tear-away notice is attached hereto as <u>Exhibit 2</u>.

6. In accordance with the Order entered on April 8, 2013 amending the Preliminary Approval Order, on April 9, 2013, Rust posted an alert on the settlement website stating that "THE DEADLINE TO SUBMIT REQUESTS FOR EXCLUSION, OBJECTIONS OR CLAIM FORMS HAS BEEN EXTENDED FROM APRIL 22, 2013 TO APRIL 29, 2013." Additionally, beginning on or about April 10, 2013, Rust sent a notice to all putative class members that had requested the detailed settlement notice and claim form by mail alerting such putative class members that the deadline to submit requests for exclusion, objections or claim forms had been extended from April 22, 2013 to April 29, 2013. Beginning on or about April 10, 2013, Rust also began including an insert with every detailed settlement notice and claim form sent to putative settlement class members alerting putative settlement class members that the deadline to submit requests for exclusion, objections, or claim forms, if they so elect, has been extended from April 22, 2013 to April 29, 2013.

7. In accordance with Section 3.4 of the Settlement Agreement and Paragraphs 7 and 15.c. of the Preliminary Approval Order, as amended by the April 8, 2013 Order, putative settlement class members who wished to receive the Claimant Benefit were required to submit a complete and timely Claim Form to the Settlement Administrator, postmarked no later than April 29, 2013, listing (i) the date of any transaction(s) in which the Claimant used a credit card to make a purchase at a Wal-Mart store located in California between February 14, 2010 and November 30, 2010; (ii) the location of the Wal-Mart store(s) in which the credit card transaction(s) took place; and (iii) a certification that the Claimant provided his or her personal ZIP code in response to a prompt displayed on the debit/credit card keypad after the Claimant provided his or her signature in connection with the credit card transaction.

8. In accordance with Section 3.4(c) of the Settlement Agreement, Wal-Mart provided Rust with information indicating the dates during which a ZIP Code Survey was active in each of Wal-Mart's California stores that conducted a ZIP Code Survey during the Class Period.

2
DECLARATION OF CHARLENE YOUNG

9. In accordance with Section 3.4(d) of the Settlement Agreement, Rust reviewed the Claim Forms submitted by putative settlement class members and compared the information provided in the Claim Forms to the information provided by Wal-Mart concerning the dates during which a ZIP Code Survey was active in each California store to determine the number of claims submitted that listed a transaction(s) that occurred during an active ZIP Code Survey.

10. As of the date of this declaration, Rust had received 519 timely Claim Forms and two late Claim Forms from unique settlement class members.

11. Of the 519 timely Claim Forms and two late Claim Forms submitted by unique settlement class members, 209 listed a transaction(s) that occurred during an active ZIP Code Survey. The 2 late Claim Forms were deemed ineligible.

12. Pursuant to Section 3.8 of the Settlement Agreement and Paragraphs 6 and 15.c. of the Preliminary Approval Order, as amended by the April 8, 2013 Order, putative settlement class members who wanted to be excluded from the settlement were required to submit a written, signed Request for Exclusion to the Settlement administrator, postmarked no later than April 29, 2013, stating, among other things, that the person requesting exclusion is a settlement class member and wishes to be excluded from the class.

13. As of the date of this declaration, Rust has received three requests for exclusion, true and correct copies of which are attached hereto as <u>Exhibit 3</u>.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 14th day of May, 2013 in Palm Beach Gardens, Florida.

By _____
Charlene Young

3
DECLARATION OF CHARLENE YOUNG