# EXHIBIT 1

CLASS ACTION SETTLEMENT NOTICE

**If you used a credit card to make a purchase in a Wal-Mart store located in California between February 14, 2010 and November 30, 2010 and your personal ZIP code was requested and recorded as part of a ZIP Code Survey in that store,**

**you might be a Class Member in a lawsuit entitled *Kimberley Main v. Wal-Mart Stores, Inc., et al.*, Case No. 3:11-cv-01919-JSW, pending in the United States District Court for the Northern District of California.**

A proposed settlement of this class action has been preliminarily approved. IF YOU ARE A CLASS MEMBER, THE PROPOSED SETTLEMENT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.

Under the proposed settlement, Wal-Mart has agreed to provide Class Members who submit a complete, accurate, valid, and timely Claim Form with a Wal-Mart gift card with a value of $10, subject to the number of claims submitted by Class Members, as described more fully in the full notice of the proposed settlement.

You can obtain the full notice of the proposed settlement and Claim Form from the Settlement Administrator's website at www.WalmartClassActionSettlement.com, by calling the Settlement Administrator toll free at 1-866-458-3183 or by requesting this information from the Settlement Administrator by mail:

> Main v. Wal-Mart Stores, Inc. Settlement Administrator
> c/o Rust Consulting, Inc.
> P.O. Box 2956
> Faribault, MN 55021-2956

You must act on or before **April 22, 2013** to file a claim to receive a gift card. You must act on or before **April 22, 2013**, to request to be excluded from the settlement or to object to the proposed settlement. **If you do not request to be excluded from the settlement before April 22, 2013, you will be deemed to have released Wal-Mart from all claims described in the full notice.**