# EXHIBIT 2

## NOTICE OF CLASS ACTION SETTLEMENT

If you used a credit card to make a purchase in a California Wal-Mart store between February 14, 2010 and November 30, 2010 and your personal ZIP code was requested and recorded as part of a ZIP Code survey, you might be a class member in a pending class action lawsuit. A proposed settlement of this class action has been preliminarily approved. **IF YOU ARE A CLASS MEMBER, THE PROPOSED SETTLEMENT WILL AFFECT YOUR LEGAL RIGHTS.** Wal-Mart has agreed to provide class members who submit a timely claim form with a Wal-Mart gift card with a value of $10, subject to the number of claims submitted, as described in the full notice of the proposed settlement. You can obtain the full notice and claim form from the Settlement Administrator's website at www.WalmartClassActionSettlement.com or by calling toll free at 1-866-458-3183. You may also request this information by writing the Settlement Administrator at:

Main v. Wal-Mart Stores, Inc. Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 2956
Faribault, MN 55021-2956

**You must submit a claim form on or before April 22, 2013 to receive a gift card.** There are other important deadlines you need to be aware of, which are described in the full notice.

**Please contact the Settlement Administrator with any questions. Wal-Mart staff will not be able to assist you with questions regarding the proposed settlement.**