# EXHIBIT 3

3-29-13

"I request
that I be excluded
from the settlement
in Kimberley Narris
Walnot Stoos, Inc
et al (Case No
3:11-cv-01919-JSW)
I understand
that by requesting
to be excluded
from the settlement
Class, I will
not receive
any benefits under
the settlement."

Tonya Schmidt

Tonya Schmidt

REDACTED

RECD APR 02 2013

Rust Consuling Inc
P.O. Box 2956
Faribault, MN
      55021 - 2956

USA

Justice
FOREVER

Daniel Fingerman

REDACTED

April 26, 2013

**Via First Class Mail**

Main v. Wal-Mart Stores, Inc. Settlement Administrator
℅ Rust Consulting Inc.
PO Box 2956
Faribault MN 55021-2956

> **Re: Request For Exclusion From Class Action Settlement**
> *Main v. Wal-Mart Stores, Inc.*, Case No. 3:11-cv-01919-JSW (N.D. Cal.)

Dear Settlement Administrator:

I hereby request exclusion from the class in the above-referenced class action. Information required by ¶ 6 of the court's January 22, 2013 order is provided below:

(a) Case name. *Main v. Wal-Mart Stores, Inc.*, Case No. 3:11-cv-01919-JSW (N.D. Cal.)

(b) Name, address, and telephone number of each person requesting to be excluded. Daniel Fingerman; REDACTED

(c) Transaction dates between 2/14/2010 – 11/30/2010. At least the following: 3/6/2010, 5/1/2010, 5/12/2010, 11/6/2010 (two separate purchases)

(d) Store location: Morgan Hill Walmart Supercenter Store #5766, 170 Cochrane Plaza, Morgan Hill CA 95037

(e) The words "Request for Exclusion" at the top of this document. See above.

(f) Declaration. I request that I be excluded from the Settlement in Kimberly Main v. Wal-Mart Stores, Inc., et al. (Case No. 3:11-cv-01919-JSW). I understand that by requesting to be excluded from the Settlement Class, I will not receive any benefits under the settlement.

Sincerely,

Daniel Fingerman

Daniel Fingerman

REDACTED



$0.46 0
US POSTAGE
FIRST-CLASS
062S00007680197
95110

Main v. Wal-Mart Stores, Inc. Settlement
Administrator
% Rust Consulting Inc.
PO Box 2956
Faribault MN 55021-2956

55021295656

Phuong Fingerman
REDACTED

April 26, 2013

**Via First Class Mail**

Main v. Wal-Mart Stores, Inc. Settlement Administrator
℅ Rust Consulting Inc.
PO Box 2956
Faribault MN 55021-2956

> **Re:  Request For Exclusion From Class Action Settlement**
> *Main v. Wal-Mart Stores, Inc.,* **Case No. 3:11-cv-01919-JSW (N.D. Cal.)**

Dear Settlement Administrator:

I hereby request exclusion from the class in the above-referenced class action. Information required by ¶ 6 of the court's January 22, 2013 order is provided below:

(a) Case name. *Main v. Wal-Mart Stores, Inc.,* Case No. 3:11-cv-01919-JSW (N.D. Cal.)

(b) Name, address, and telephone number of each person requesting to be excluded. Phuong Fingerman; REDACTED

(c) Transaction dates between 2/14/2010 – 11/30/2010. At least the following: 4/4/2010, 6/5/2010, 6/13/2010, 6/25/2010, 7/9/2010, 7/11/2010, 7/18/2010, 7/25/2010, 7/31/2010, 8/14/2010

(d) Store location: Transactions listed above other than 7/31/2010: Morgan Hill Walmart Supercenter Store #5766, 170 Cochrane Plaza, Morgan Hill CA 95037. Transaction on 7/31/2010: San Jose Walmart Supercenter Store #5435, 777 Story Rd, San Jose CA 95122.

(e) The words "Request for Exclusion" at the top of this document. See above.

(f) Declaration. I request that I be excluded from the Settlement in Kimberly Main v. Wal-Mart Stores, Inc., et al. (Case No. 3:11-cv-01919-JSW). I understand that by requesting to be excluded from the Settlement Class, I will not receive any benefits under the settlement.

Sincerely,

Phuong Fingerman

REDACTED



$0.46
US POSTAGE
FIRST-CLASS
062S0007680197
95110

Main v. Wal-Mart Stores, Inc. Settlement
Administrator
C/o Rust Consulting Inc.
PO Box 2956
Faribault MN 55021-2956