# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2013, the foregoing

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

**DECLARATION OF GENE J. STONEBARGER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

**DECLARATION OF ERICA MOORING REGARDING NOTICE OF CLASS ACTION SETTLEMENT;**

**DECLARATION OF CHARLENE YOUNG IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; and**

**[PROPOSED] FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT**

were filed electronically with the Clerk of the Court to be served by operation of the Court's ECF/PACER electronic filing system to all counsel of record.

*/s/ Yvonne Sabolboro*
Yvonne Sabolboro

STONEBARGER LAW
A Professional Corporation

CERTIFICATE OF SERVICE